KRISTINA BAKER, STATE BAR NO. 186867
BAKER LAW PRACTICE
PROFESSIONAL CORPORATION
101 CALIFORNIA STREET, SUITE 2450
SAN FRANCISCO, CA 94111
Phone: 415.946.8911
Facsimile: 888.260.6570
kbaker@bakerfirmpc.com
Attorney For Plaintiff
Natalie Jo

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE JO, <br><br> Plaintiff, <br><br> vs. <br><br> MOBILE MONEY VENTURES, LLC, and STEVE KIETZ, An Individual <br><br> Defendants. | Case No.: C-09-5882 CW <br><br> STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME |

**COMES NOW** PLAINTIFF NATALIE JO, DEFENDANT MOBILE MONEY VENTURES, LLC, AND DEFENDANT STEVE KIETZ, by and through their respective counsel, to stipulate as follows:

1.   On December 15, 2009, the Court issued its Order Setting Initial Case Management Conference And ADR Deadlines in this case ("CMC Order").

2.   In response, Defendants filed a Motion to Compel Arbitration, which is currently pending before this Court.

Stipulation and Proposed Order - 1

3. On April 2, 2010, the parties to this case engaged in an all-day mediation before mediator Mark Rudy.

4. At the conclusion of the April 2 mediation, Mr. Rudy requested that the parties agree to a "one-week moratorium" insofar as he intends to continue in his efforts to resolve this case by continuing to meet with the parties.

5. The parties hope to know by April 9, 2010 whether an early negotiated resolution of this case is likely.

6. The Court's CMC Order requires the parties to meet and confer by April 6, 2010 with respect to initial disclosures, early settlement, ADR process selection, and the discovery plan. The CMC Order further requires the parties to file certain pleadings with respect to ADR on April 6, 2010.

7. Given the current status of settlement negotiations, and Mr. Rudy's request for a one week moratorium, the parties stipulate and agree to extend all deadlines currently set for April 6, 2010 to April 19, 2010.

8. The parties further agree to extend the deadline for initial disclosures, and filing of the Rule 26 Report and Case Management Statement, currently set for April 20, 2010, to May 4, 2010.

9. The parties agree to move the Case Management Conference currently set for April 27, 2010 to May 11, 2010. Counsel for Plaintiff has cleared the new date with the clerk.

```
                                    Dated this 6th Day Of April, 2010

                                        /s/
                                        Kristina Baker
                                        BAKER LAW PRACTICE
                                        Professional corporation
                                        Attorney For Plaintiff
                                        Natalie Jo




                                        /s/
                                        _____
                                        Laura E. Hayward
                                        Littler Mendelson
                                        a professional corporation
                                        Attorneys For Defendant
                                        Mobile Money Ventures, LLC



                                        /s/
                                        _____
                                        Katherine S. Catlos
                                        Kaufman Dolowich Voluck &
                                        Gonzo LLP
                                        Attorneys For Defendant
                                        Steve Kietz




IT IS SO ORDERED.


Date:    ____4/8/2010_____           _____

                                            Judge Claudia Wilkens
```

Stipulation and Proposed Order - 3