IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


NATALIE JO,                                    No. C 09-05882 CW

       Plaintiff,                          ORDER OF DISMISSAL

   v.

MOBILE MONEY VENTURES LLC, et al.
       Defendant.
_____/


     Pursuant to the Joint Stipulation of Dismissal filed on April 29, 2010,

   IT IS HEREBY ORDERED that this cause be dismissed with prejudice.

   IT IS SO ORDERED.


Dated: 5/4/2010

_____
CLAUDIA WILKEN
United States District Judge